NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1681

OLIVIA LYNCH

VERSUS

PROGRESSIVE INS. CO., ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 208,862
HONORABLE DONALD THADDEUS JOHNSON, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Michael G. Sullivan, Billy Howard Ezell, and J. David Painter, Judges.

AFFIRMED.

Keith Michael Borne
Borne, Wilkes & Brady
P. O. Box 4305
Lafayette, LA 70502-4305
(337) 232-1604
Counsel for Defendants/Appellants:
Safeway Insurance Company
Douglas Sibley

**Edward Alan Kaplan**
**Attorney at Law**
**P. O. Box 12386**
**Alexandria, LA 71315**
**(318) 448-0831**
**Counsel for Plaintiff/Appellee:**
**Olivia Lynch**

**Ian Alexander Macdonald**
**Perret, Doise**
**P. O. Drawer 3408**
**Lafayette, LA 70502-3408**
**(337) 262-9000**
**Counsel for Defendant:**
**Progressive Insurance Company**

**Ray F. Lucas, III**
**Ungarino & Eckert**
**315 S. College Street #239**
**Lafayette, LA 70503**
**(337) 235-5625**
**Counsel for Defendants/Appellants:**
**Safeway Insurance Company**
**Douglas Sibley**